IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO RIOS,

      Plaintiff,                    No. CIV S 04-2349 FCD DAD P

   vs.

CHIEF DIRECTOR FOR THE
CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.              ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with this civil rights action. By order filed January 5, 2006, plaintiff's complaint was dismissed with leave to amend. Plaintiff has requested an extension of time to file to file an amended complaint. Good cause appearing, the request will be granted.

       Plaintiff has also filed a second request for appointment of counsel. Plaintiff's first request was denied in the January 5, 2006 order dismissing plaintiff's complaint with leave to amend. Plaintiff's second request fails to demonstrate that exceptional circumstances are present in this case. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The second request for appointment of counsel will therefore be denied.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Plaintiff's January 23, 2006 request for appointment of counsel is denied;

3    2. Plaintiff's January 23, 2006 request for an extension of time is granted; and

4    3. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: January 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13bb
rios2349.36w31