IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

    Plaintiff,                 No. 2:04-cv-02349-ALA P

    vs.

CDC DIRECTOR, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff Reno Fuentes Rios is a state prisoner proceeding *pro se*. On November 21, 2007, this court dismissed Mr. Rios's complaint with prejudice. On December 10, 2007, Mr. Rios filed a request that this court vacate that dismissal. That request is denied.

        **IT IS SO ORDERED.**

/////

DATED: December 13, 2007

                                              <u>/s/ Arthur L. Alarcón</u>
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation