IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

      Plaintiff,                        Case No. 2:04-cv-02349-ALA (P)

      vs.

CDC DIRECTOR, et al.,

      Defendants.                **ORDER**

_____/

      On March 19, 2008, Plaintiff filed a "Motion for Leave to Appeal the Judgment Entered on November 26, 2007." (doc 28). Pursuant to 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiff had thirty (30) days to file a notice of appeal with the district court clerk. The thirty (30) day period to file the notice of appeal is tolled only under certain circumstances expressly outlined in Rule 4 (a)(1)(A) of the Federal Rules of Appellate Procedure. None of the circumstances, that require tolling of the thirty (30) day period, are applicable in the case at bar.

      Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion to file a notice of appeal is DENIED.

DATED: April 24, 2008

                                                      /s/ Arthur L. Alarcón
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation